# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS ORELLANA-CARRASCO,<br><br>    Defendant. | Case No. 2:23-cr-00046-ART-EJY<br><br>**Order Granting Motion to Dismiss the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant Carlos Orellana-Carrasco.

Leave of Court is granted for the filing of the above dismissal.

DATED this 26th day of May, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE